No. 815.   State Tax Commission of Utah et al. *v.*
Untermyer et al., Executors.   On petition for writ of
certiorari to the Supreme Court of Utah.   May 4, 1942.
*Per Curiam:* The petition for writ of certiorari is granted
and the judgment is reversed on authority of *State Tax
Commission of Utah* v. *Aldrich, ante,* p. 174.   *Messrs.
Grover A. Giles,* Attorney General of Utah, and *J. Lam-
bert Gibson* for petitioners.   *Mr. Eugene Untermyer* for
respondents.

No. 1160.   Board of Trustees of the Town of Ce-
bolleta Land Grant *v.* L Bar Cattle Co., Inc.   Appeal
from the Supreme Court of New Mexico.   May 4, 1942.
*Per Curiam:* The appeal is dismissed for the want of
jurisdiction.   Section 237 (a), Judicial Code, as amended,
28 U. S. C., § 344 (a).   Treating the papers whereon the
appeal was allowed as an application for writ of certiorari
as required by § 237 (c) of the Judicial Code, as amended,
28 U. S. C., § 344 (c), certiorari is denied.   *Mr. George
S. Klock* for appellant.

No. —, original.   Ex parte John Weber.   May 4,
1942.   Application denied.

No. —, original.   Ex parte Leo T. Schugsda; and
No. —, original.   Ex parte Andrew Vialva.   May 4,
1942.   The motions for leave to file petitions for writs of
habeas corpus are denied.

No. 5, original.   Colorado *v.* Kansas et al.   May 4,
1942.   Honorable Charles C. Cavanah, a retired District
Judge of the United States, of Boise, Idaho, is appointed
Special Master in this cause.